**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| vs. | **NO. 5: 08-MJ-10-04 (CWH)** |
| **RUTH N. DURHAM,** | |
| **PROBATIONER** | |

## O R D E R

Probationer RUTH N. DURHAM this day appeared before the undersigned for a Final Revocation Hearing on a PETITION FOR ACTION ON PROBATION filed by U. S. Probation Officer Todd D. Garrett on March 26, 2009. At said hearing Ms. Durham entered a plea of guilty to Violation No. 2 as set forth in the Petition, the undersigned finding a factual basis to accept her plea. Accordingly, the undersigned finds the probationer to have violated conditions of supervision as alleged in Violation No. 2.

Upon consideration the allegation against Ms. Durham and of her admission, IT IS ORDERED AND DIRECTED:

(1) that disposition (sentencing) shall be, and is, HELD IN ABEYANCE until further order of the court; and,

(2) that probationer Durham be released from custody pending sentencing, upon the same conditions of supervision imposed upon her on March 9, 2009. *See* Tab #17 herein.

SO ORDERED AND DIRECTED, this 28th day of APRIL, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE